IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DONALD SLADE JORDAN and <br> JWS RESTORATION SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AECOM TECHNICAL SERVICES, INC. <br> *a/k/a ENSR Corporation*, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-CV-197-C |

## JUDGMENT

In accordance with the Court's Order entered on even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss is **GRANTED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

Signed this 30th day of April, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE